Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

_____ Division

| | | |
|---|---|---|
| Bobby T Dismukes | ) | Case No. 3:21cv415-KHJ-MTP |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| Central Mississippi | ) | |
| Correctional Facility | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 22 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name **Bobby T. Dismukes**

All other names by which
you have been known:

ID Number **231881**

Current Institution **Central Mississippi Correctional Facility**

Address **Post office Box 88550 3794 Highway 468**

**Pearl** **MS** **39208**

City   State   Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name **Central Mississippi Correctional Facility**

Job or Title *(if known)*

Shield Number

Employer

Address **Post office Box 88550 3794 Highway 468**

**Pearl** **MS** **39208**

City   State   Zip Code

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City   State   Zip Code

☐ Individual capacity    ☐ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

| *City* | *State* | *Zip Code* |
|--------|---------|-----------|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

| *City* | *State* | *Zip Code* |
|--------|---------|-----------|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Unsanitary living conditions, denined medical treatment and favortism towards inmates

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Unsanitary living conditions, denined medical treatment and favortism towards inmates

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Central Mississippi Correctional Facility
Building B Zone B

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

5-14-21          6-1-21
5-24-21          6-8-21
5-25-21          6-9-21
5-29-21          6-11-21
                 6-12-21

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Sleeping on steel without a matt for about three days, I experience harmful and inhumeane living conditions at CMCF, denined medical treatment out of 5 sick call one has been answer and between bed 117 to 115 there is a plug shotting fire. The fire detecter is not working on the zone

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. On or around the 24 day of May 2021 I fell in the hole on the first step and cut my leg. The step did have a hole in it. I recieve medical attendition on the 25 of May 2021

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. under my constitution Right I desired to be treated fairly and not mistreated. I am requesting the amount of 50,000

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Central mississippi Correctional Facility

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?
Central Mississippi Correctional Facility

2.    What did you claim in your grievance? .
unsanitary living conditions, denined medical treatment and favortism towards inmates and mold under the sink

3.    What was the result, if any?    none

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
never heard anything back

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:  I did inform I Lap and I filed it on June 1 2021

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.  See pages on the back

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   **no**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6-14-2021

| | |
|---|---|
| Signature of Plaintiff | Bobby Dismukes |
| Printed Name of Plaintiff | Bobby Dismukes |
| Prison Identification # | 231881 |
| Prison Address | Post office Box 88550 3794 Highway 468 |
| | Pearl          MS       39208 |
| | City           State    Zip Code |

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | City        State        Zip Code |
| Telephone Number | _____ |
| E-mail Address | _____ |

Bobby Dismukes MDOC # 231881
CMCF Building B Zone B
Page # 8  Question G.

1. Question G.

Please set forth any additional information that is relevant to the exhaustion of your administrative remedies

1. Denined medical treatment: 5-25-21 to 6-11-21

I have been waiting on a refill of my sinus medicine since 5-25-21 and yet to recieve them. The nurse filled the prescription on the 25 day of may it is now 6-11-21

I have put in five to six sick calls and yet to recieve nothing only one of them worked. I also put in sick calls for dental my head have been hurting from the bad teeth in my mouth.

2. favortism towards inmates: Every day

kitchen workers eating better than zone B  I have seen with my on eyes kitchen workers eating and bringing 5 to 6 trays of food the zone not to eat but to sale

6-11-21  Lunch meal: Not enough food

The only thing we had for lunch was two boiled eggs four pieces of salad and a pack of crackers no Juice or water.

5-27-21
The kitchen offten runs out of food and Juice which leaves Zone B Building B not eating. This has happened on several occaistions

3. unsanitary living conditions: <u>Mold</u>

There is <u>Black mold</u> under the bathroon sink, in the Shower and around the toilets.

Out of 9 toilets there are only 6 that work.

The big wash sink is not working at all. we have two sinks without pipes under them keeping the floor wet at all times.

Drinking fountain is not working and leaking on the floor causing the floor to stay wet.

The exit doors are leaking water under them when it rains

Between beds 117 and 115 the plug is sparking fire the maintence man looked at it and stop in his tracks and left.

I have been here since 5-14-21 it is now 6-11-21 and CMCF have yet to wash any clothes.

The fire alarm is not working you can see wires hanging out.

4. Tampering with legal mail: 6-10-21

I receive my USCA 1983 form and it was missing three pages 9,10, and 11. The legal package was open the only way I got the rest of the forms my neighbor bed # 91 had copys of the same package.

Bobby Dismukes MDOC # 231881                    6-1-21
Quick bed bed #89
Building B Zone B
notes:

1. No officer in Tower for a hold shift.

on or around 6-1-21 Bed # 112 had a bad seizer
blood was coming from his mouth from bitting his
togue so we tired to contract the C. Offiers
he was not there. The immates beat on the Doors
and windows for hours, We push the intercom
buttom it did not work, so they decided to set
off the fire alarm to get some more attention
no one still didn't come. Finally about six
o'clock the next morning we got help.

notes:

Bobby Dismukes MDOC# 281881
Building B   Zone B
Quickbed   bed #89

Dates: are   5-29-2021
              6-5-2021
              6-12-2021


Weekends  guards stand in the cafeteria  with their
Bear mase  guns in  hand. They hurry us out by tables
only mins after  we  sit down  most times  we don't
get  to finish their ᵒᵘʳ trays . This has happened for
the past three weekerds.

5-30-2021
notes:

From: Bobby Dismukes   MDOC # 231881
Building B Zone B
Quickbed bed#89

I sent off a NON Clinical Request Form on 5-30-2021
I checked two boxes, box one was Request lab results
box two was other issue: need to take covid 19 shot.

They did reply on 6-1-21 It stated I needed to
fill out a sick call request. this is a clinical Issue

The nurse all so stated from her own mouth In
order to get the Covid 19 Shot I had to
fill out a Now clinical Request form.

5-25-2021
notes

Arrived at 720 Today to see doctor I am
feeling so bad from the living arrangments of Zone
B Building B.

5-18-2021
notes:

On or around 5-18-2021 Building B Zone B we have yet
to recieve tissue or soap from CMCF it is now 5-28-2021
and there is still no tissue or soap. on the zone this
place is inhumane

5-18-2021
notes:

never did recieve any razors to shave with until the

5-29-2021
notes:

On or around 5-29-2021 my friend and neighbor had a
seizuer it took the emergeny reponds team all most
an hour my friend had about 7 seizuers. Oh Lord
I hope I dont die in this place

5-14-2021
notes:

From Bobby Dismukes MDOC # 231881
Quick bed  bed # 89
Building B  Zone B

I Bobby Dismukes went with out a Matt sleeping on
hard steel for two days  5-14-2021 to 5-16-2021
my backs hurts so bad from this couple of days.

5-29-2021

Soap, tissue, RAZors, and tooth pasted arrived

5-29-2021

On or around 5-29-2021 Building B Zone B Saturday morning
after breakfast I approched the tower and ask for
trashs bags too clean up the 2½ feet pile of trash
The officer in the tower was on the phone had been
Since last night. She did not do count and she also
replied " I dont have any dam trash bads."

P.s. we do not have a trash can.

6-8-21

notes:

From: Bobby Dismukes 231881
Quickbed bed 89
Building B - Zone B

Today I had to write my own ARP Form on paper because of the tower being out of the form. For some odd reason it's amazing that they would run out when we start to use forms to access our reghts. I have made requested for the form since may 25, 2021

6-8-21

notes.

I wrote my case worker on the 8 day of June 2021 requesting three copys of the form:

Mississippi Department of Corrections Inmate Legal Assistance Program Request and Lawyer Indentifacation form.

I am awear that I am surppose to get them from the tower officer but they do not have any of them

6-9-2021

This is a request for adminstrative Remedy

On or around the 14 of may 2021 I wrote the CMCF about my living experince at Bulding B Zone B

It is now June 7 2021 and we are still having the same problems. Our living condetions on Zone B Building B are harmful and inhumane our current problems are as listed on record with CMCF.